UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>Miguel Angel Sosa-Quinones<br><br>        Defendant. | Case No. CR 05-542 CBM<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   ( ✓ ) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community. Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              _____criminal history_____
 8              _____
 9              _____
10              _____
11              _____
12         B.   ( ✓ ) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released. Defendant poses a flight risk based
15              on: ___lack of known report on___
16              ___deft, use of alias &___
17              ___current open offense.___
18              _____
19              _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:    11/10/11
24
25                              _____
                                HONORABLE JACQUELINE CHOOLJIAN
26                              United States Magistrate Judge
27
28
```